ACCEPTED
01-15-00083-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 8:41:01 AM
CHRISTOPHER PRINE
CLERK

## NO: 01-15-00083-CV

IN THE FIRST COURT OF APPEALS OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/10/2015 8:41:01 AM
CHRISTOPHER A. PRINE
Clerk

REYNALDO ROBLEDO, *Appellant*

VS.

IDALIA M. ROBLEDO., *Appellee*

### MOTION TO WITHDRAW NOTICE OF APPEAL

TO THE HONORABLE COURT OF APPEALS:

REYNALDO ROBLEDO, appellant in this cause, files this motion to withdraw his notice of appeal that was filed on January 21, 2015 and in support of such motion shows:

On December 23, 2014, the trial court signed a final judgment in cause number 2013-03363 in the 312TH DISTRICT COURT of Harris County, Texas.

On January 21, 2015, appellant timely filed a motion for new trial.

On February 9th , 2015, after the notice of appeal was filed, the trial court granted, in part and within its plenary power, appellant's timely filed motion for new trial.

On June 9th and June 11th , of 2015, the trial court tried the issue of periodic child support, as per the specific issue on which the new trial was granted. The Court further made its rendition on June 11th , 2015 and has set the entry of its new judgment for July 21, 2015.

The District Clerk has listed the status of said case as on appeal and wishes to have the

appeal dismissed, before it enters the final judgment. Your appellant is in agreement.

Appellant does not wish to appeal the trial court's new final judgment.

WHEREFORE, appellant prays the court grant this motion and order the dismissal of his appeal in this cause.

Respectfully submitted,

__/S/_JOSE CANTU, JR.____
Jose Cantu, Jr..
Attorney for Appellant
SBN: 03767400
3801 Barnett St.
Houston, Texas  77012-3019
(713) 645-0303 (office)
(713) 645-1117 (facsimile)

APPELLANT'S CERTIFICATE OF CONFERENCE

The undersigned attorney for the appellant certifies that as of July 9th, 2015, there is no opposing counsel, but has notified opposing counsel in the trial court of his intentions to which she does not object.

____/S?__JOSE CANTU, JR._____
Jose Cantu, Jr..

CERTIFICATE OF SERVICE

The undersigned attorney for the appellant certifies that a copy of this motion to withdraw notice of appeal and re-designate the status of the parties was served on the

following counsel for all parties to the trial court's judgment on the 9th day  of July,

2015, as follows:

Ms. Kathleen M. Vossler, Attorney at Law
2209 Union St.
Houston, Texas 7707
Attorney for Idalia M. Robledo
**By: facsimile to (713) 868-1445**

                    ___/S/_JOSE CANTU, JR.____
                    Jose Cantu, Jr..